## United States District Court
### EASTERN DISTRICT OF CALIFORNIA


FILED
JUL 02 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:12-CR-00323-LJO-SKO-1 |
| Thipakhone Vongxay ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Thipakhone Vongxay___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the condition of release placing the defendant on the curfew component of the location monitoring program.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-1-2013              _____  07/01/2013
Signature of Defendant    Date                  Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                         7/2/13
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                         7/1/13
Signature of Defense Counsel                    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  7/2/13

☐ The above modification of conditions of release is *not* ordered.

_____                         7/2/13
Signature of Judicial Officer                   Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services